# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATIONWIDE MUTUAL INSURANCE COMPANY** as successor by merger to **HARLEYSVILLE MUTUAL INSURANCE COMPANY,** | : No. 3:15cv91 : : (Judge Munley) : |
| Plaintiff | : |
| v. | : : |
| **N & B ENTERPRISES, INC.; MARY HOWELLS,** as Administratrix of the Estate of **CAROL ANN MIKOLS;** and **RT ENVIRONMENTAL,** | : : : : |
| Defendants | : |

## ORDER

**AND NOW**, to wit, this 14th day of April 2015, for the reasons set forth in the accompanying memorandum, we decline to exercise jurisdiction in this case, and the case is hereby **DISMISSED** without prejudice to the plaintiff pursuing relief in state court. The Clerk of Court is directed to close this case.

                                           **BY THE COURT:**

                                           **s/ James M. Munley**
                                           **JUDGE JAMES M. MUNLEY**
                                           **United States District Court**